UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XIAN LIANG YE,

                   Petitioner,

      v.

TODD BLANCHE, et al.,

                   Respondents.

CASE NO. 2:26-cv-01296-JNW

ORDER DENYING PETITION FOR HABEAS CORPUS

This matter comes before the Court on Petitioner Xian Liang Ye's petition for a writ of habeas corpus. Dkt. No. 1. Petitioner challenges the legality of his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). On April 17, 2026, three days after the petition was originally filed, Petitioner was removed from the United States. Dkt. No. 6 ¶ 31.[1] Accordingly, the habeas petition—which seeks

---

[1] As previously discussed, Respondents removed Petitioner without providing the 48-hour notice required by the Court's Scheduling Order. Dkt. No. 9. In light of Respondents' filings in response to the Court's May 18, 2026, Order to Show Cause, the Court does not find that sanctions are warranted as to Respondents' failure to comply with the notice requirement. However, given the Respondents' representations that its failure to comply was an "isolated administrative oversight," Dkt. No. 10 at 4. any future violations—inadvertent or not—may be sanctioned.

ORDER DENYING PETITION FOR HABEAS CORPUS - 1

only Petitioner's release from immigration detention, *see* Dkt. No. 1 at 34—no longer presents a live controversy. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007).

The Court therefore DENIES the petition as moot, DISMISSES the matter without prejudice, and DIRECTS the clerk of court to close this matter.

Dated this 18th day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PETITION FOR HABEAS CORPUS - 2